| STATE OF INDIANA | ) | IN THE LAKE_____ COURT |
|---|---|---|
| | )ss | |
| COUNTY OF LAKE | ) | SITTING IN _____, INDIANA |

| BASEL WHITBY, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | CAUSE NO: |
| | ) | |
| INDIANA GROCERY GROUP, LLC, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT

Comes now, Plaintiff Basel Whitby by counsel Gladish Law Group, by David S. Gladish and Mark J. Schocke and hereby asserts the following cause of action against Defendant Indiana Grocery Group, LLC as follows:

1. Plaintiff Basel Whitby is an adult resident of the City of Gary, Lake County, State of Indiana.

2. Defendant Indiana Grocery Group, LLC is a Foreign Limited Liability Company doing business in the Town of Merrillville, Lake County, State of Indiana.

3. On August 12 2025, Plaintiff was an invitee of Indiana Grocery Group, LLC in the Town of Merrillville, Lake County, State of Indiana.

4. That Defendant owed Plaintiff a duty of care while Plaintiff was on Defendant's property.

5. That Defendant proceeded to breach the duty of care it owed to Plaintiff by allowing a dangerous condition to exist on the property.

6. That as a direct and proximate result of Defendant's negligence as aforesaid, Plaintiff violently fell to the ground on the premises resulting in severe personal injuries

requiring medical care and attention along with the incidental and consequential expenses involved therewith. While Plaintiff was convalescing from his injuries, he suffered emotional distress as well as loss of enjoyment of life.

      WHEREFORE, Plaintiff Basel Whitby respectfully requests judgment against Defendant Indiana Grocery Group, LLC in an amount of money that will adequately compensate him for the injuries and damages he has sustained, continues to sustain, for costs of this action and for all other just and proper relief in the premises.

## JURY DEMAND

      Plaintiff demands trial by jury.

/s/Mark J. Schocke  
MARK J. SCHOCKE, #29746-45  
Gladish Law Group  
3235 45th Street  
Highland, IN  46322  
(219) 838-1900  
*Attorney for Plaintiff*

/s/ David Gladish  
DAVID S. GLADISH, #18653-45  
Gladish Law Group  
3235 45th Street  
Highland, IN  46322  
(219) 838-1900  
*Attorney for Plaintiff*