UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| BASEL WHITBY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>INDIANA GROCERY GROUP LLC., )<br>)<br>Defendant. ) | Case No. 2:25-cv-489-AZ |

**FINDINGS, REPORT, AND RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE PURSUANT TO
28 U.S.C. § 636(b)(1)(B) & (C)**

This matter is before the Court on a Stipulation to Withdraw Notice of Removal [DE 6], filed jointly on October 29, 2025. On October 22, 2025, Defendant filed a notice of removal, removing this case from the Lake County Indiana Superior Court. DE 1. Defendants stated in their notice of removal that removal was proper and that this Court had subject matter jurisdiction over the case because the parties were citizens of different states and the amount in controversy is over $75,000. 28 U.S.C. § 1332(a). No claims were brought under federal law and the Defendant did not assert federal question subject matter jurisdiction under 28 U.S.C. § 1331. However, after the Defendant filed an answer, the parties conferred and now agree and stipulate that the amount in controversy does not exceed $75,000, thus removing this Court's jurisdiction under 28 U.S.C. § 1331. DE 6.

Because this civil case was directly assigned to a United States Magistrate Judge without a presiding District Court Judge, *see* N.D. Ind. General Order 2025-6 *available at* https://www.innd.uscourts.gov/sites/innd/files/CivilCaseAssignment-

*July7-2025.pdf*, and the parties have not yet had an opportunity to consent to my jurisdiction, I do not have the authority to grant the motion. *See* 28 U.S.C. § 636(c).

Accordingly, the Court **DIRECTS** the Clerk of Court to assign a District Court Judge to this matter and **RECOMMENDS** that the District Court Judge **GRANT** the Stipulation to Withdraw Notice of Removal [DE 6] and **REMAND** this matter to state court. This Report and Recommendation is submitted pursuant to 28 U.S.C. § 636(b)(1)(C). Pursuant to 28 U.S.C. § 636(b)(1), the parties shall have fourteen (14) days after being served with a copy of this Recommendation to file written objections thereto with the Clerk of Court. Failure to file a timely objection will result in waiver of the right to challenge this Recommendation before either the District Court or the Court of Appeals. 28 U.S.C. § 636(b)(1); *Est. of Sims ex rel. Sims v. Cnty. of Bureau*, 506 F.3d 509, 516 (7th Cir. 2007); *Willis v. Caterpillar, Inc.*, 199 F.3d 902, 904 (7th Cir. 1999); *Hunger v. Leininger*, 15 F.3d 664, 668 (7th Cir. 1994).

So ORDERED on this 13th day of November 2025.

/s/ *Abizer Zanzi*
MAGISTRATE JUDGE ABIZER ZANZI
UNITED STATES DISTRICT COURT