UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| BASEL WHITBY,<br><br>    Plaintiff,<br><br>v.<br><br>INDIANA GROCERY GROUP, LLC,<br><br>    Defendant. | Case No. 2:25-CV-489-GSL-AZ |

## **ORDER**

This matter is before the Court on Magistrate Judge Abizer Zanzi's report and recommendation, entered on November 13, 2025. [DE 8]. For the reasons fully explained in the report, Judge Zanzi recommends that the Court grant the parties' joint Stipulation to Withdraw Notice of Removal [DE 6] and remand this matter to state court.

Over fourteen days have passed without any objections being filed, so the Court reviews the report and recommendation for clear error. *See* Fed. R. Civ. P. 72(b)(2); *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999) ("If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." (citations omitted)). The Court has reviewed the report and recommendation and finds no clear error.

Accordingly, the Court **ADOPTS** Judge Zanzi's report and recommendation in full and orders that the parties' joint stipulation be **GRANTED**. This matter is **REMANDED** to the Lake County Superior Court for further proceedings.

SO ORDERED.

ENTERED: December 3, 2025

                                              /s/ GRETCHEN S. LUND
                                              Judge
                                              United States District Court